631 A.2d 937

IN THE MATTER OF MICHAEL P. SKELLY,
AN ATTORNEY AT LAW.

September 13, 1993.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that MICHAEL P. SKELLY of WILLING-BORO, who was admitted to the bar of this State in 1983, be publicly reprimanded for violating *RPC* 1.3 (lack of diligence) and *RPC* 1.4 (failure to communicate) in his handling of a matter in litigation, and *RPC* 8.1(b) by failing to cooperate with the ethics authorities, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and MICHAEL P. SKELLY is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.